NUMBER
13-05-020-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

KENNETH A. KORTH,                                               Appellant,

 

                                           v.

 

JAMES B. RAGAN,                                                    Appellee.

___________________________________________________________________

 

                On
appeal from County Court at Law No. 1 

                           of
Nueces County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                  Before
Justices Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, KENNETH A. KORTH, perfected an appeal from a
judgment entered by County Court at Law No. 1 of Nueces
County, Texas, in cause number 02-60250-1.  After the record was filed and after the
appeal was referred to mediation, appellant filed a motion to dispose of the
appeal.  In the motion, appellant states
that this case has been resolved. 
Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dispose of
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dispose of the appeal  is granted, and the appeal is hereby
DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and 

filed this the 11th
day of August, 2005.